815 A.2d 555

**In the Matter of Marlene Evelyn JOSEPH.**

**Petition for Reinstatement.**

**No. 961 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Dec. 9, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 9th day of December, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 11, 2002, and the Petition for Review, the Petition for Reinstatement is denied. Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.